| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Stephen Carr | Telephone: (313) 226-9721 |
|---|---|---|
| | Special Agent: Brett Mason | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
  v.
Koki Shibata

Case: 2:25−mj−30681
Assigned To : Unassigned
Assign. Date : 11/4/2025
Description: RE: KOKI SHIBATA (EOB)

Case No.

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 11, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46506 | Application of certain laws to aircraft. |
| 18 U.S.C. § 113(a)(4) | Assault by striking. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brett Mason, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 4, 2025__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

# Affidavit in Support of an Application for a Criminal Complaint and Arrest Warrant

I, Special Agent Brett Mason, with the Federal Bureau of Investigations, being duly sworn, depose and state as follows:

## Introduction and Agent Background

1.  I am a Special Agent with the Federal Bureau of Investigation and have been since January of 2017. I am currently assigned as a Special Agent to the FBI's Joint Terrorism Task Force in Detroit, Michigan. As part of my current duties, I investigate federal criminal violations relating to firearms violations, bomb threats, threats of violence, and crimes aboard aircraft. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Koki Shibata for violating 49 U.S.C.§ 46506 (application of certain laws to aircrafts) and 18 U.S.C. § 113(a)(4) (assault by striking).

2.  The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as an FBI Special Agent.

1

3. This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Myers has violated the above statutes.

**Probable Cause**

4. On or about July 11, 2025, Koki Shibata boarded a flight at the Wayne County Airport in the Eastern District of Michigan, Southern Division.

5. Shibata then began a verbal argument with Victim-1, seated next to him.

6. After the plane pulled away from the gate and began taxiing, the dispute escalated to a physical struggle. During the initial struggle, Shibata knocked Victim-1's glasses off of Victim-1's face.

7. According to witnesses on board, Shibata and Victim-1 continued to argue and then Shibata punched Victim-1 twice in the face with a closed fist, causing visible injuries to Victim-1's face.

8. The plane was forced to return to the gateway because of the Shibata's conduct.

## Conclusion

9.   Based upon the facts set forth in this affidavit, there is probable cause to believe that, within the Eastern District of Michigan, Koki Shibata did assault by striking, beating, and wounding in violation of 18 U.S.C. § 113(a)(4) (assault by striking) as incorporated by 49 U.S.C. § 46506(1).

Respectfully submitted,

_____
Brett Mason, Special Agent
Federal Bureau of Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand, U.S. Magistrate Judge

Date:   November 4, 2025

3